**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**SARMAD GHALED DAFAR #A212-667-803**          **CASE NO.  2:26-CV-00639 SEC P**

**VERSUS**                                                            **JUDGE S. MAURICE HICKS, JR.**

**MELLISSA A HARPE ET AL**                              **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on March 02, 2026.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit the petition for writ of habeas corpus on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the petition for writ of habeas corpus on approved forms** that are legibly handwritten or typewritten.

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 5th day of March, 2026.

Thomas P. LeBlanc
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241